JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of Boot Barn Holdings, Inc.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**ANDY NGUYEN,**<br><br>**Defendant.** | **Case No.: 8:26-cv-01883-FWS-PD**<br><br>**JUDGMENT** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") brings this case as assignee and subrogee of Boot Barn Holdings, Inc. against Defendant Andy Nguyen ("Nguyen"). (Dkt. 1 (Complaint).) The matter came before the court on National Union's Motion for Default Judgment. (Dkt. 15.) On September 14, 2026, the court granted the Motion for Default Judgment.

In accordance with the court's September 14, 2026, Order Granting Plaintiff's Motion for Default Judgment, the court **ENTERS JUDGMENT** in this case in favor of National Union and against Nguyen in the total amount of **$407,958.88**, which represents the sum of $407,473.67 in compensatory damages and $485.21 in costs.

**IT IS SO ORDERED.**

DATED: September 14, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE